**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 5:02CR115-001 |
| | ) | |
| Plaintiff, | ) | Judge Polster |
| vs. | ) | |
| | ) | |
| Jimmie Earl Rayburn, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT SATISFACTION**

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Northern District of Ohio is hereby authorized and empowered to satisfy and cancel said judgment of record.

Respectfully submitted,

GREGORY A. WHITE
United States Attorney

By: /s/Alex A. Rokakis
ALEX A. ROKAKIS #0029078
Assistant U. S. Attorney
801 W. Superior Avenue, Rm. 400
Cleveland, OH 44113
Phone: (216) 622-3673
Email: Alex.Rokakis@usdoj.gov
Fax: (216) 522-4542